AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00195 |
| Tonya Bishop (AKA: Tonya Allison-Oberst) | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 08/03/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                     Tonya Bishop
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     08/06/2023

*Issuing officer's signature*

Moxila A. Upadhyaya
2023.08.06 11:08:37 -04'00'

City and state:     Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  8/6/23  , and the person was arrested on *(date)*  8/7/23
at *(city and state)*  Marathon, FL

Date:  8/7/23

*Arresting officer's signature*

Special Agent Jasen Lee
*Printed name and title*